ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
BRIAN L. BRADFORD
Nevada Bar No. 9518
brian.bradford@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants Eldorado Resorts Corporation and*
*Michael Marrs, Kristen Beck and Dominic Taleghani*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| COREY WELLS, <br><br> Plaintiff, <br><br> vs. <br><br> ELDORADO RESORTS CORPORATION, a Florida Corporation; MICHAEL MARRS; BRUCE POLANSKY; KRISTEN BECK; DOMINIC TALEGHANI; JAMES GRIMES; and DOES 1-50, inclusive, <br><br> Defendants. | Case No.: 2:15-cv-01006-RFB-PAL <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Corey Wells ("Plaintiff") and Defendant Eldorado Resorts Corporation ("Eldorado") and Individual Defendants Michael Marrs ("Marrs"), Kristen Beck ("Beck"), and Dominic Taleghani ("Taleghani") (collectively, "Defendants"), by and through their undersigned counsel, stipulate that all claims Plaintiff had, or may have had, against Defendants that are

contained herein, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

Each party to bear their own fees and costs.

Dated this 17th day of January, 2019.

| WATKINS & LETOFSKY, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Daniel R. Watkins | /s/ Jill Garcia |
| Daniel R. Watkins<br>Brian S. Letofsky<br>Eran S. Forster<br>8215 South Eastern Avenue<br>Suite 265<br>Las Vegas, NV 89123<br>Telephone: 702.901.7553<br>*Attorneys for Plaintiff Corey Wells* | Anthony L. Martin<br>Jill Garcia<br>Brian L. Bradford<br>3800 Howard Hughes Parkway<br>Suite 1500<br>Las Vegas, NV 89169<br>Telephone: 702.369.6800<br>*Attorneys for Defendants Eldorado Resorts Corporation, Michael Marrs, Kristen Beck, and Dominic Taleghani* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 18th day of January, 2019.

37084039.1

2